**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: <br> MICHELLE D MCHENRY <br><br> Debtor(s) | Case No. 12-36468 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/14/2012.

2) The plan was confirmed on 12/03/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/27/2013, 03/11/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 12/28/2015.

6) Number of months from filing to last payment: 39.

7) Number of months case was pending: 42.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $6,501.00.

10) Amount of unsecured claims discharged without payment: $124,734.87.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $14,131.00 |
| Less amount refunded to debtor | $451.00 |

**NET RECEIPTS:** $13,680.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $588.02 |
| Other | $22.50 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,110.52

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVOCATE HEALTH CTR | Unsecured | 17.72 | NA | NA | 0.00 | 0.00 |
| ADVOCATE SOUTH SUBURBAN HOS | Unsecured | 106.96 | NA | NA | 0.00 | 0.00 |
| AMCA | Unsecured | 165.19 | NA | NA | 0.00 | 0.00 |
| AMERICAN MEDICAL COLLECTION | Unsecured | 165.69 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS | Unsecured | 939.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 938.84 | 938.84 | 938.84 | 239.44 | 0.00 |
| AT&T | Unsecured | 97.14 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT LLC | Unsecured | 360.56 | NA | NA | 0.00 | 0.00 |
| AUTO WAREHOUSE | Secured | 2,452.00 | 1,052.06 | 1,052.06 | 0.00 | 0.00 |
| BED BATH BEYOND | Unsecured | 221.00 | NA | NA | 0.00 | 0.00 |
| BIELINKSI DERMATOLOGY GROUP I | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| BIELINSKI DERMATOLOGY GROUP | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| CERTEGY PAYMENT RECOVERY | Unsecured | 96.75 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| CHASE HOME FINANCE | Unsecured | 2,091.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| CITY OF HOUSTON PARKING | Unsecured | 780.00 | NA | NA | 0.00 | 0.00 |
| CITY OF MARKHAM | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF OAK FOREST | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CHICAGO | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 456.08 | 476.76 | 476.76 | 121.59 | 0.00 |
| COUNTRY CLUB HILLS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ENTERPRISE | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| ERAC LOMBARD | Unsecured | 243.00 | NA | NA | 0.00 | 0.00 |
| FAWN RIDGE CONDO ASSOC | Secured | NA | NA | 462.50 | 462.50 | 0.00 |
| FAWN RIDGE CONDO ASSOC | Secured | 700.00 | 1,059.00 | 700.00 | 700.00 | 0.00 |
| FAWN RIDGE CONDO ASSOC | Unsecured | 700.00 | NA | 359.00 | 91.56 | 0.00 |
| FLAGSTAR BANK | Unsecured | 83,263.00 | NA | NA | 0.00 | 0.00 |
| FLAGSTAR BANK | Secured | 113,000.00 | 190,569.66 | 0.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| FLAGSTAR BANK | Secured | NA | 12,428.96 | 1,354.25 | 1,354.25 | 0.00 |
| GLOBAL PAYMENT | Unsecured | 775.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL PAYMENTS | Unsecured | 775.00 | 775.00 | 775.00 | 197.66 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 462.12 | 559.26 | 559.26 | 142.63 | 0.00 |
| ILLINOIS LENDING CORP | Unsecured | 1,085.49 | 87.26 | 87.26 | 22.25 | 0.00 |
| ILLINOIS STATE TOLL HIGHWAY | Unsecured | 353.03 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 388.96 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 77.10 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 99.00 | 176.10 | 176.10 | 44.91 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 510.00 | 510.00 | 510.00 | 130.07 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Secured | NA | 2,479.92 | 2,479.92 | 0.00 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Unsecured | 3,479.92 | 0.00 | 2,479.92 | 632.48 | 0.00 |
| KROGER CHECK RECOVERY CENTER | Unsecured | 203.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 30.00 | 950.00 | 950.00 | 242.29 | 0.00 |
| MEDICAL BUSINESS OFFICE | Unsecured | 54.04 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Unsecured | 711.51 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 792.00 | 709.28 | 709.28 | 180.90 | 0.00 |
| MONTEREY FINANCIAL SVC | Unsecured | 1,694.84 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 200.00 | 200.00 | 200.00 | 51.01 | 0.00 |
| NDC CHECK SERVICES | Unsecured | 775.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 309.30 | 439.07 | 439.07 | 111.98 | 0.00 |
| OAKLAWN RADIOLOGY IMAGING | Unsecured | 54.05 | NA | NA | 0.00 | 0.00 |
| ORCHARD BANK/HSBC CARD SERVI | Unsecured | 307.75 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 897.00 | 865.76 | 865.76 | 220.80 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 897.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 852.16 | 852.16 | 217.34 | 0.00 |
| QUEST DIAGNOSTIC | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTIC | Unsecured | 53.85 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTIC | Unsecured | 115.04 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTIC | Unsecured | 46.48 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY IMAGING CONSULT | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORP | Unsecured | 16,464.00 | 16,464.42 | 16,464.42 | 4,199.09 | 0.00 |
| SOUTHWEST LABS PHYSICIANS | Unsecured | 63.21 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST LABS PHYSICIANS | Unsecured | 315.60 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST LABS PHYSICIANS | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |
| SSH ANESTHESIA | Unsecured | 641.58 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 211.70 | NA | NA | 0.00 | 0.00 |
| SUNRISE CREDIT SERVICES INC | Unsecured | 1,159.74 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 535.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 810.57 | 810.57 | 206.73 | 0.00 |
| TRANSWORLD SYSTEMS INC | Unsecured | 63.04 | NA | NA | 0.00 | 0.00 |
| UNKNOWN | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF EAST HAZEL CREST | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HAZEL CREST | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HAZEL CREST | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HAZEL CREST | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HAZEL CREST | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HAZEL CREST | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF RIVERDALE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| WOMENS HEALTH CARE ASSOC | Unsecured | 26.11 | NA | NA | 0.00 | 0.00 |
| WOMENS WELLNESS WORLD | Unsecured | 360.56 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

Case 12-36468    Doc 54    Filed 03/03/16    Entered 03/03/16 15:23:54    Desc Main
                Document      Page 4 of 4

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $1,354.25 | $1,354.25 | $0.00 |
| Debt Secured by Vehicle | $1,052.06 | $0.00 | $0.00 |
| All Other Secured | $3,642.42 | $1,162.50 | $0.00 |
| **TOTAL SECURED:** | **$6,048.73** | **$2,516.75** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$27,653.40** | **$7,052.73** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,110.52 |
| Disbursements to Creditors | $9,569.48 |
| **TOTAL DISBURSEMENTS :** | **$13,680.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/03/2016                         By: /s/ Tom Vaughn
                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**